

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
Jun 16, 2008
JUN 1 6 2008 MP

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

William Atkins

_____

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08cv3448
JUDGE KENNELLY
MAG. JUDGE COX

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

Dentist Jhon Does.
Administration Jhon Does; Jane Does.
Health services Jhon Does; Jane Does.
Superintendent Nelson
Chief Bratlien.
Official Jhon Does
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")  supervisory Thomas. J. Dart

**CHECK ONE ONLY:**

__✓__    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____    OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    Plaintiff(s):

I. **Plaintiff(s):**

A. Name: _William Atkins_

B. List all aliases: _N/A_

C. Prisoner identification number: _2003-0014927_

D. Place of present confinement: _Cook County Jail_

E. Address: _2600 S California Avenue Chicago Ill 60608_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: _Dentist Jhon Does Dental Personal Jane Does_

Title: _Dental_

Place of Employment: _Cook County Jail_

B. Defendant: _Administration Jhon Does ; Jane Does_

Title: _Administration_

Place of Employment: _Cook County Jail_

C. Defendant: _Health services Jhon Does ; Jane Does_

Title: _Cemak Health Services_

Place of Employment: _Cook County Jail_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

**D** - Defendant Superinlendent Selozar
   Title: Superinlend
Place of Employment Cook County Jail

**E** - Defendant Chief Bratlien
   title: Chief
Place of Employment Cook County Jail

**F** - Defendant Official Jhon Does & Jane Does
   title:
Place of Employment Cook County Jail

**G** - Defendant lhomas. J. Dart
   title Supervisory
Place of Employment Cook County Jail

**H** - Defendant Superinlendent **NELSON**
   Title Superinlendent
Place of Employment Cook County Jail

III.    **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.    Is there a grievance procedure available at your institution?

YES (✓)   NO ( )   If there is no grievance procedure, skip to F.

B.    Have you filed a grievance concerning the facts in this complaint?

YES (✓)   NO ( )

C.    If your answer is **YES**:

1.    What steps did you take?

I did Fail one tow and 3 to the Administration

2.    What was the result?

N/A yet

3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)    N/A

N/A

D.    If your answer is NO, explain why not:

I am still in pain and they have not did anything yet over a year

3

Revised:  7/20/05

E.    Is the grievance procedure now completed?   YES ( ✓ )  NO (  )

F.    If there is no grievance procedure in the institution, did you complain to authorities?  YES ( ✓ )  NO (  )

G.    If your answer is **YES**:

1.    What steps did you take?

I COMPLAIN to Authorities
I put in grivances in Div 1
I Put in grivances in Div 9 And
Now I Put in grivances in Div-10

2.    What was the result?

there was Answer
At All

H.    If your answer is **NO**, explain why not:

I do Not No
Why they will not Answer
My grivances

4

IV. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

A. Name of case and docket number: _O7C 2064_
   _of burglary lesser included of residential burglary_

B. Approximate date of filing lawsuit: _6/21/07_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
   _04C 7058    O7C 2064_
   _____ All the Same Case_

D. List all defendants: _Officer ken Walker_
   _Officer Linda Gutierrez_
   _Richard A Devine Cook County States Attf_
   _Terry Hillard Police Supt. C.P.D._

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Cook County_

F. Name of judge to whom case was assigned: _KENNELLY_

G. Basic claim made: _36 Months charged with_
   _What I was not. Wrongly convicted_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Still pending_

I. Approximate date of disposition: _10, 20, 04_

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised: 7/20/05

## V.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Some time Back in O.7. 2007 I was send to the dental to have A tooth pull But some how my tooth in up Broken off in my gum. there was no c/o to send me Back. I keep trying to get Back to the dental But they just would not send me at all I put A Health Slip in to medical But they was telling me that todd Stroyers had fired all of the dental But one them so I put in A Grievance Ba comse they went do my oral Surgery. So they send me out to Div.9. to get 'Rid of me'. I was diagnosed with pain pecle because this pain is killing me. Some way I was in Div.9 trying to get the c/o to send me to medical out there. But the c/o would not do anything for me at all. I was telling them all I was

Revised: 7/20/05

in pain, and they did not do anything about it at all I put in A Health Slip 4 and 5 Slip But they stell did not call me. So now I put in A nother Grievance, and the c/o are being Discrimination, and calling me out of my room and telling me to get on in my cell Mis Smith and others this is some institutionalized persons act I was in pain and I can not Remember all of there names to keep me from doing so they send me not where I also put in A Grievance for my Shoe that the doctor in cermak the foot specilist said that I need to have on my feet Because of my hill ½ foot So they send that Grievance Back saying denied and get Rid of me by sending me over to niv-10 now that I am over here I put in A Health Slip and they call me. and give me A puseih antibialie, Becuse of the infection and they send me to the dental. and he pulled out A nother teath and toad me that he could not do anything else for me. now get the "F" on out

**VI.    Relief:**

of here. So I went on Back to Rm-10 and put in A Health Slip then the doctor called me and put me Back in to see the dental so I can re put in for oral Surgery. So I went and put in A nother Grievance. But I Stell have not got anything Back yet and I Stell have this Broke tooth in my gum and I am Stell here in pain Right now the dental said he did not want to hure anything that I had to say. he said that he was over worked and that he was the only dental in the hold jail. and that he do not have time for all of this "Bull Stuff" "I alleged misconduct." "Equal protection." "institutionalized persons act." "Medical personnel." "due process viotations." "and unconstitutional" the Superintendent Seleson viotation my due process and all them up above he denied my Grievace, and would not Answer my other Grievaces. and C/O Ms Smith would Not do anything about yelling me to medical. and the Superintendent Nelson Villonieria viotate due process and everything else that is said in here Because he would not Answer any of my Grievaces he said that there was nothing he can or could do about it and I Stell have not Been to the oral Surgery and I Stell have not gout A Grievace Back yet 3-7-0-8 I need (7) Medical Health!

Thomas. J. Dart is The supervisry of Cook County Jail
officers who can name # and identify unknown
officers "Jhon Does". and the Dentist "Jhon Does"
as Well as the Personal "June Does" "Jhon Does" and the
Administration "Jhon Does", "June Does" who I Send
Grievance to and did not get a Reponse. and
Health services "Jhon Does" or June Does that I Send
Health Slip to and did not get a Reponse. at the Time
I was in Div 1. H-1. I have Been in this Jail our 5
years. now I have a Gum disense. Because I was
Denied treatment For my Teeths. That is stell
needit, serious dental needs it is Causcing serious
pain and discomful. it is a threat to my good Health
our The year and years the doctor Dunlap have Been
putting me in for the Dentist. now she have Been telling
the our and our agen to put me in for oral surgery
For this Broken tooth in my gum From the dentist
"Jhon Does" doctor Dunlap is a witness and a nothere
doctor that is our here in Div-10. Doctor June Does she put me
in all So for oral surgery that never happn when I
was telling officers "Jhon Does" in Div1. H-1 on 7-to-3 to
Send me on call Some one he would Say put in a Slip when
I am in pain I tood him I did that he Said sit dowd
Some where So I did Then I seen the sergeante come
ing to or Signed the Book. and I was trying to tell him
and he Said talk to your officer and officer Jhon Does
Said that I tood him to sit Down Some where now get

A Way from the Band be For I Wrie your M.F NSS up so I got out of the Way again. The Same thing happen in Div 9 they move me to Div 9. I Was putting in too many Grievance and Div 9 move me to Div-10 for too many Grievance I Was on C-2 in Div 9 and on 2.D This is unconstitutional violate the Eighth Amendment of the Constitution Deliberate indifference. This is serious dentil needs This the Restoration or Extraction of painful decayed teeth And the making of dentures For patients who need them to Eat properly. are serious needs the failure to provide reasonable and Reasonably prompt Attention For these conditions and the failure to provide follow-up Care that is ordered by or medical personel Jhon Does or Jane Does Violate the Constitution. the Dentist And personel Jhon Does or Jane Does New I Was in serious need in take dental Examinations. I have Been here Way over 5 years But my tooth Was Broken in 2007 Some time I just keep put in health Slips When the officer "Jhon Does" and "Jane Does" Would Not Send me. When I Was tilling them I Was in pain. there Was no Reponse for my Grievance or my Health Slip that the Dentist "Jhon Does" Beaken off in my Gum Negligence malpractice And Never did put me in for oral Surgery or come me Back to take it out Docter Dunlap Said I need oral Surgery! Administration Jhon Does 3. And Jane "Does who who Never did anything about Respond to my Grievace or anything about trying

to get me to the Dentist or out to have oral Surgery. Health Services Jhon Does or Jane Does did anything about Responding to my Health Slips. With in Dental personal Jane Doe. So on personal and others : 𝄢 mr william Atkins,

"New comer Count 2"

On october 5th 2007 they took all the reluince Shoes we did Not No enything befor time no one was informed of this or Awere that this was going to happen I informed the officers Jhon Does that I have Severe Problems with my Foot and that I have A Presciption to have my Shoes, and he said that do not Matter with prescription or with out, we are taking them. I Send A Grievance to the Authorities Saying what happn and about my foot problems with A Copie of my prescription to have my Shoes from the foot doctor, and the Grievance come Back Saying Denied by Chief BrntlieN See Exhibit "H" for prescription see Exhibit "F" were I have Severe foot problems this violate the Eighth amendment of the constitution. Deliberate indifference in violation of the Due process clause in the Fifth and FouRtEEN+11 Amendments to the U.S constitution. Which prohibits federty and State Kovernment Respectfully from Depriving any person of Life LiBERTY. or property with out Due process also in violation of the Sixth amendment the Right to Counsel and to be informed of my Charges a violation of the Eighth Amendment of our constiteetion An Abuse of PouER

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

the plaintiff Requests monetary Compensation for due process institutionalized persons Act Medical misconduct. Equal protection. interchangeably. I want this Broken tooth out of my gum and I want compensation of 2,000,000.⁰⁰ million for my pain Humilliation and mental anguish and Suffered.

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __3__ day of __7__, 20 _8_

_____
Mr. William Atkins
(Signature of plaintiff or plaintiffs)

William Atkins
(Print name)

2003-001-4927
(I.D. Number)

2600 S California Avenue Div-10-4-D
P.O. Box 089002
Chicago Ill 60608
(Address)

8

Revised: 7/20/05

UNITED STATES DISTRICT COURT the
NORTHERN District of ILLINOIS

State of Illinois }
County of Cook }

## Affidavit.

I __William Atkins__, Being first duly Sworn
on oath, do Swear under penulty of perjury that
the following Statements are exact and true to
the best of my knowledge.

I am the plaintiff in this case and....

1) I have Been Violaed of my CONSTITUTION Rights
The First Fourth Fifth Sixth And Eighth
And Four teenth Amendments.

2) Equal Protection Claims. interchongeably.
Misconduct. they did not correct due Process
they Fail to toke steps to Provide my medical
Needs. it is Discriminatized Claims. With the
institutionalised Detainee Act.

3). I was denied dental service. the dental that
   was here Broke off My tooth in my gum
   And would Not call me Back to take the tooth out

4) I was Discriminated by personnel the c/o
   Medical care the Administration I put in
   Grievance in 3 Div.s. Div 1. Div-9 and in Div-10
   these just will Not do anything about the getting this
   tooth out of my gum.

5) I am in too much. pain this pain is killing me
   and dental service just wont help me! I also have
   A infection. in my gums. now this new dented have
   gave me some onlikiatie. he said that he would get it out
   Now that have been over 2 week ago But it is Stell there.

6) the old dental is not here anymore that told me
   that he did not want to have this Stebb. Because
   he is the only dental working here now So I can move
   on. I had A infecteon then in my gum.

7) I am been told that dadd Strogers have been
   all of the dentel not one they all are liable
   bor violations of due process fourteenth Amendment.xxxxxx
   Amendments.

8) the dentel now that he had Broken my tooth in my
   gum and did not say anything about it at all I put in
   A Grievance 4/10/07. then I put in A Grievance
   8/17/07. then I put in one 2/14/08. now I was
   call down to Redo the Date on my Grievance, to
   like the 3/30/08.

9. I Put in A Grievance 4, 10 / 07 and I Put in A Grievance 8 / 17 / 07 and I also Put in A Grievance 2 / 17 / 0 8 then I was call down to Redo A Grievance. they had me to come and do A up Date on my 2/17/08 Grievance. to 3/30/08.

10. the Plaintiff Requests compensation for the 2,000,000 00 million 2000.000.00 million for medical misconduct, A violations of my first fourth and fifth and sixth and Eighth and fourteenth Amendments. of due process Equal protection. interchongeably. institutionatized Persons Act. for this Broken teeth that was Broken off in my gum, and for all the pain I am in and Mental anguish and Suffered and the Humilliation some personal Administratration.

/S/ Mr William Atkins

                                    Plaintiff;

Signed before me on this ____ 9th ____ day of April ____ 2008.

                    Notary Seal

/S/ ____ Thomas a. Keel

"OFFICIAL SEAL"
Thomas A. Keel
Notary Public, State of Illinois
My Commission Expires Nov. 6, 2009

*Exhibit B*

Part-A / Control #: _____X_____

Referred To: _____

☐ Processed as a request.

---

## COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

---

Detainee Last Name: _____ First Name: _____

ID #: _____-_____ Div.: _____ Living Unit: _____ Date: ___/___/___

BRIEF SUMMARY OF THE COMPLAINT: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_____

ACTION THAT YOU ARE REQUESTING:

_____

## DETAINEE SIGNATURE: _William Others_

C.R.W.'S SIGNATURE: _____ DATE C.R.W. RECEIVED: ___/___/___

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*



 

Part-A / Control #:_____X_____

Referred To:_____

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: _ATKINS_ First Name: _William_

ID #:_____ Div.: _16_ Living Unit: _3-A_ Date: _2/1/__

BRIEF SUMMARY OF THE COMPLAINT: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_____

ACTION THAT YOU ARE REQUESTING:

_____

## DETAINEE SIGNATURE: _William Atkins_

C.R.W.'S SIGNATURE:_____  DATE C.R.W. RECEIVED: ____/____/____

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

*Exhibit.*

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: **ATKINS**    First Name: **William**

ID #: **2003-0014927**    Div.: **1**    Living Unit: **H4**    Date: **4 / 10 / 07**

BRIEF SUMMARY OF THE COMPLAINT: I been having a lot of
pain in my mouth. I got a tooth pulled
and it could still for a piece in my
gum. then it get on a to the
this get a dog one. I should have
been sent down to dispensary ( Health Service).
I been i not cured of health care,
( Medical Att.)

_____

_____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
Health Service / Sheriff / Dental

ACTION THAT YOU ARE REQUESTING:
To get the rest of my teeth pulled, I'm in pain.

### DETAINEE SIGNATURE: *William Atkins*

C.R.W.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: ____/____/____

---

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY - PROG. SERV.)    (YELLOW COPY - C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

(4D)

*Exhibit E*

Part-A / Control #: ___X___

Referred To: _____

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: *Atkins*   First Name: *William*

ID #: *2008-0014927*  Div.: *4-D*  Living Unit: *3*  Date: *3/23/08*

BRIEF SUMMARY OF THE COMPLAINT: I put in a grievance in div
1 and I didnt get a response now i'm in div
10 I put in a Health slip seen by the doctor
and she put in a work order for the dentist
And gave me some antibiotic cause I had an
infection in my teeth I also have pieces of
teeth now the called a few guys from my deck
to go to dental but I was not called and I
have just been wondering how long do I have to
set in here with this pain because Nothing seems
to be happing with the step that I have been
taking

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
dentist- Administration Health service request

ACTION THAT YOU ARE REQUESTING: (4D)
To get to see the dentist from Feb. appointment step

## DETAINEE SIGNATURE: _____

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: 3/30/08

---

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

*Exhibit F*

Part – B / Control #: _____X_____

## C.C.D.O.C.  DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** _____ **First Name:** _____ **ID#:** _____

**Is This Grievance An Emergency?**    YES ☐    NO ☐

**C.R.W.'S Summary Of The Complaint:** _____

_____

**C.R.W. Referred Griev. To:** _____ **Date Referred:** ___/___/___

**Response Statement:** _____

_____

_____

_____

_____ **Date** ___/___/___ **Div./Dept.** _____
(print- name of individual responding to this griev.)    (signature of individual responding to this griev.)

_____ **Date** ___/___/___ **Div./Dept.** _____
(print - name of Supt. / Designee / Dept. Admin.)    (signature of Supt. / Designee / Dept. Admin.)

_____ **Date** ___/___/___
(print - name of Prog. Serv. Admin./ Asst. Admin.)    (signature of Prog. Serv. Admin./ Asst. Admin.)

**Date Detainee Received Response:** ___/___/___ **Detainee Signature:** _____

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

*Date Detainee Request For An Appeal:* ___/___/___

*Detainee's Basis For An Appeal:* _____

_____

_____

*Appeal Board's Acceptance Of Detainee's Request:*    YES ☐    NO ☐

*Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:*

_____

_____

*Appeal Board's Signatures / Dates:*

_____

**Date Detainee Rec.'d the Appl. Bd.'s Response:** ___/___/___ **Detainee Signature:** _____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

*Exhibit. G.*

Part-A / Control #: _____ X _____

Referred To: _____

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: ATKINS          First Name: William

ID #: _____ Div.: 9    Living Unit: 3 0    Date: 10 / 18 / 07

BRIEF SUMMARY OF THE COMPLAINT: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_____

ACTION THAT YOU ARE REQUESTING:

I am requesting that my shoes be returned.

**DETAINEE SIGNATURE:** William Atkins

C.R.W.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: _____

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY - PROG. SERV.)   (YELLOW COPY - C.R.W.)   (PINK COPY - DETAINEE)   (GOLDENROD COPY - DIVISION/SUPT. OFFICE)



**Prescription Order**
Nursing / CMT / Dialysis Copy

CERMAK HEALTH SERVICES OF COOK COUNTY
2800 S. California Ave. Chicago, Illinois 60608
(773) 869-5822

Patient: William Atkins

ID: 20030014927  Date of Birth 9-7

Problem                    Location

Weight          Date of Birth 9-7      Allergy:

Order (Physician's Signature after last order)

① Please allow inmate to have his
own shoes due to severe foot problem.

Thanks
D. Doyle MD

Physician PRINT          Time:

DEA / Illinois Lic.#          Form 850

Checked   Filled   Data Entry

Med/Surg [ ]
MHS

1

*Exhibit. H*

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST

*\* Please note: When processed as a request, PART – B is not applicable. \**

**Detainee's Last Name:** _____  **First Name:** _____

**ID#:** _____-_____  **Div:** _____  **Tier/LivingUnit:** _____

**Date of Request:** ____/____/____    **Date C.R.W. Received Request:** ____/____/____

**This Request has been processed by:** _____ **C.R.W.**

*Summary of Request:*

_____

_____

_____

*Response and/or Action Taken:*

DeNieD

_____

_____

_____

_____

_____  _____ **Date:** _____ **Div./Dept.** _____
(Print- name of individual responding)   (Signature of individual responding)

BraTLieN

( WHITE COPY – PROG. SERV. CENTRAL OFFICE )    ( YELLOW COPY – C.R.W. WEEKLY PACK )    ( PINK COPY – DETAINEE )