# PRISONER CASE

UNITED STATES DISTR~~
NORTHERN DISTRICT ~
## Civil Cover ~

08cv3448
JUDGE KENNELLY
MAG. JUDGE COX

**Plaintiff(s):**   WILLIAM ATKINS

**Defendant(s):**   JOHN DOE, etc., et al.

**County of Residence:**   COOK

**County of Residence:**

**Plaintiff's Address:**

William Atkins
#2003-0014927
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**

**FILED**

JUN 16 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**

☐ 1. U.S. Government Plaintiff

☑ 3. Federal Question
(U.S. gov't. not a party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

**Plaintiff:**

**Defendant:**

**Origin:**

☑ 1. Original Proceeding

☐ 2. Removed From State Court

☐ 3. Remanded From Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred From Other District

☐ 6. MultiDistrict Litigation

☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Conditions

**Cause of Action:** 42:1983pr

**Jury Demand:**   ☐ Yes   ☑ No

**Signature:** M. Burke          **Date:** 6/16/08