**F I L E D**

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

JUN 1 6 2008

Jun 16, 2008 MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

_William Atkins_
Plaintiff

v.

_Thomas J. Dart Cook County of Carr Dental Personnal Administration Personnal Cermak Health serives of Cook County Dep of Carr_
Defendant(s)

08cv3448
CASE
JUDGE KENNELLY
MAG. JUDGE COX
JUD

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, _William Atkins_ , declare that I am the ☑plaintiff ☐petitioner, ☐movant (other _____ ) in the above-entitled case. This affidavit constitutes my application ☑ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☑ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑Yes   ☐No   (If "No," go to Question 2)
   I.D. #_2003-0014927_ Name of prison or jail: _Cook County Dept of CoRR_
   Do you receive any payment from the institution? ☐Yes ☑No  Monthly amount: _____

2. Are you currently employed?   ☐Yes   ☑No
   Monthly salary or wages: _N/A_
   Name and address of employer: _N/A_

   a. If the answer is "No":
      Date of last employment: _YR. 2000_
      Monthly salary or wages: _3.75_
      Name and address of last employer: _Help Aide_
      _Seperated_

   b. Are you married?   ☑Yes   ☐No
      Spouse's monthly salary or wages: _N/A_
      Name and address of employer: _N/A_

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages
      Amount _N/A_ Received by _N/A_    ☐Yes   ☑No

b.  ☐ Business, ☐ profession or ☐ other self-employment          ☐Yes        ☑No
Amount_____ N/A _____ Received by_____ N/A _____

c.  ☐ Rent payments, ☐ interest or ☐ dividends                   ☐Yes        ☑No
Amount_____ N/A _____ Received by_____ N/A _____

d.  ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                 ☐Yes        ☑No
Amount_____ N/A _____ Received by_____ N/A _____

e.  ☐ Gifts or ☐ inheritances                                    ☐Yes        ☑No
Amount_ N/A _____ Received by_____ N/A _____

f.  ☐ Any other sources (state source:____ N/A ____ )            ☐Yes        ☑No
Amount_ N/A _____ Received by_____ N/A __N/A_____

4.  Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?          ☐Yes    ☑No    Total amount: __N/A__
In whose name held:_____ N/A _____ Relationship to you:_____ N/A _____

5.  Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?                                        ☐Yes    ☑No
Property:_____ N/A _____ Current Value:_____
In whose name held:___ N/A _____ Relationship to you:___ N/A ____

6.  Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?          ☐Yes    ☑No
Address of property:_____ N/A _____
Type of property:_____ N/A _____ Current value:_____
In whose name held:_____ Relationship to you:____ N/A ____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7.  Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                                 ☐Yes    ☑No
Property:_____
Current value:___ N/A _____
In whose name held:___ N/A _____ Relationship to you:___ N/A ____

8.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☑No dependents

_____ _____ N/A _____ _____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _3-7-08_

_William Atkins_
Signature of Applicant

_WILLIAM ATKINS_
(Print Name)

---

**NOTICE TO PRISONERS:** _A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts._ Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account—prepared by _each institution_ where you have been in custody during that six-month period—and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant named herein, _WILLIAM ATKINS_, I.D.# _2003-14937_, has the sum of $ _13¢_ on account to his/her credit at (name of institution) _CCDOC_.
I further certify that the applicant has the following securities to his/her credit: _13¢_. I further certify that during the past six months the applicant's average monthly deposit was $ _67.00_.
(Add all deposits from all sources and then _divide_ by number of months).

_3-7-08_
DATE

_Bowers_
SIGNATURE OF AUTHORIZED OFFICER _CRW_

_Bowers_
(Print name)

rev. 7/18/02



**Managed Services**
***Managed Better.***

## **TRANSACTION REPORT**
### Print Date: 03/07/2008

Inmate Name:   ATKINS, WILLIAM             Balance:      $0.13
Inmate Number: 20030014927
Inmate DOB:    9/7/1961

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 02/20/2008 | ORDER DEBIT | -0.45 | 0.13 |
| 02/13/2008 | ORDER DEBIT | -19.46 | 0.58 |
| 02/07/2008 | RELEASE FUNDS | -5.01 | 20.04 |
| 02/06/2008 | CREDIT | 25.00 | 25.05 |
| 01/30/2008 | ORDER DEBIT | -0.34 | 0.05 |
| 01/23/2008 | ORDER DEBIT | -41.87 | 0.39 |
| 01/16/2008 | ORDER DEBIT | -26.15 | 42.26 |
| 01/11/2008 | CREDIT | 40.00 | 68.41 |
| 01/09/2008 | ORDER DEBIT | -41.54 | 28.41 |
| 01/04/2008 | RELEASE FUNDS | -17.48 | 69.95 |
| 01/02/2008 | ORDER DEBIT | -38.02 | 87.43 |
| 12/31/2007 | CREDIT | 50.00 | 125.45 |
| 12/31/2007 | CREDIT | 50.00 | 75.45 |
| 12/31/2007 | CREDIT | 25.00 | 25.45 |
| 12/24/2007 | ORDER DEBIT | -11.70 | 0.45 |
| 12/24/2007 | CREDIT | 10.00 | 12.15 |
| 12/19/2007 | ORDER DEBIT | -7.09 | 2.15 |
| 12/19/2007 | RELEASE FUNDS | -12.30 | 9.24 |
| 12/15/2007 | RETURN CREDIT | 0.78 | 21.54 |
| 12/14/2007 | CREDIT | 20.00 | 20.76 |
| 12/11/2007 | ORDER DEBIT | -19.50 | 0.76 |
| 12/11/2007 | CREDIT | 20.00 | 20.26 |
| 12/04/2007 | ORDER DEBIT | -1.73 | 0.26 |
| 11/18/2007 | ORDER DEBIT | -6.12 | 1.99 |
| 11/13/2007 | ORDER DEBIT | -45.95 | 8.11 |
| 11/07/2007 | CREDIT | 50.00 | 54.06 |
| 11/07/2007 | ORDER DEBIT | -5.94 | 4.06 |
| 10/31/2007 | ORDER DEBIT | -1.69 | 10.00 |
| 10/26/2007 | CREDIT | 10.00 | 11.69 |
| 10/24/2007 | ORDER DEBIT | -8.14 | 1.69 |
| 10/17/2007 | ORDER DEBIT | -40.19 | 9.83 |
| 10/16/2007 | CREDIT | 50.00 | 50.02 |
| 10/04/2007 | ORDER DEBIT | -0.03 | 0.02 |
| 09/19/2007 | ORDER DEBIT | -25.74 | 0.05 |
| 09/13/2007 | ORDER DEBIT | -24.22 | 25.79 |
| 09/06/2007 | CREDIT | 50.00 | 50.01 |
| 08/15/2007 | ORDER DEBIT | -0.34 | 0.01 |