William Atkins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

F I L E D
Jun 16, 2008
JUN 1 6 2008
MB

Plaintiff(s)

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

v.

Case Number: _____

Dental/personal Jhon Doe,

Defendant(s)

Administration Jhon Doe,
Superintendent Selosar
Superintendent Nelson

08cv3448
JUDGE KENNELLY
MAG. JUDGE COX

MOTION FOR APPOINTMENT

1. I, William Atkins, declare that I am the (check appropriate box)
   ☑ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: Uptown People's law Center 4404 north Broadway Chicago Ill 60640. Cabrini Green legal Aid Clinic 206 W Division Steet Chicago Ill 60610. Mandel legal Aid Clinic (University of Chicago Law School) Chicago Ill 60637. Depaul Legal Clinic 25 E Jackson Boulevard Chicago Ill 60604 #1050

3. In further support of my motion, I declare that (check appropriate box):
   ☑ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   
   ☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   ☐ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.
   
   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.
   
   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

William Atkins
Movant's Signature

P.O. Box 089002 Div-10-4-D
Street Address

Chicago Ill 60608
City/State/Zip

Date: 3,7,08

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | KENNELLY |
|---|---|
| Case Number | 07C 2064 |
| Case Title | Burglary lesser included of Residential burglary |
| Appointed Attorney's Name | N/A |
| If case is still pending, please check box: | ✓ |

| Assigned Judge | KENNELLY |
|---|---|
| Case Number | 07C 2064 |
| Case Title | Burglary lesser included of Residential burglary |
| Appointed Attorney's Name | N/A |
| If case is still pending, please check box: | ✓ |

| Assigned Judge | KENNELLY |
|---|---|
| Case Number | 07C 2064 |
| Case Title | Burglary lesser included of Residential burglary |
| Appointed Attorney's Name | N/A |
| If case is still pending, please check box: | ✓ |

| Assigned Judge | KENNELLY |
|---|---|
| Case Number | 07C 2064 |
| Case Title | Burglary lesser included of Residential burglary |
| Appointed Attorney's Name | N/A |
| If case is still pending, please check box: | ✓ |

